**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEC 0 3 2014**

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 14-mj-7097 |
| ) | |
| DAKOTA R. MOSS, ) | Title 18 United States Code, Sections |
| ) | 922(u), 924(c), 922(j), 922(g)(1) |
| Defendant. ) | |

### CRIMINAL COMPLAINT

I, Adam Ulery, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

#### COUNT 1
**STEALING FIREARMS FROM A FEDERAL FIREARMS LICENSEE**
18 U.S.C. § 922(u)

On or about November 29, 2014, in Clinton County, in the Southern District of Illinois,

**DAKOTA R. MOSS,**

defendant herein, did steal, unlawfully take, and carry away from the premises of Buchheit of Centralia, a federal firearms licensee, firearms as described more fully in paragraph 17, which firearms had been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(u).

#### COUNT 2
**CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE**
18 U.S.C. § 924(c)

On or about November 29, 2014, in Clinton County, in the Southern District of Illinois,

**DAKOTA R. MOSS,**

defendant herein, did knowingly use and carry a firearm, being a CobraFS380, .380 caliber semi-automatic pistol (S/N FS097239) and a Sig Sauer, P938, 9mm caliber semi-automatic pistol (S/N 52B041592), during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, to wit: Stealing Firearms from a Federal Firearms Licensee as described in Count 1.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 3
### POSSESSION OF STOLEN FIREARMS
18 U.S.C. § 922(j)

On or about November 29, 2014, continuing through and including November 30, 2014, in Clinton County and elsewhere in the Southern District of Illinois,

**DAKOTA R. MOSS,**

defendant herein, did knowingly possess stolen firearms, as described more fully in paragraph 17, which firearms had been shipped or transported in interstate commerce knowing and having reasonable cause to believe the firearms had been stolen.

All in violation of Title 18, United States Codes, Section 922(j).

### COUNT 4

### FELON IN POSSESSION OF FIREARM
18 U.S.C. § 922(g)(1)

On or about November 29, 2014, continuing through and including November 30, 2014, in Clinton County and elsewhere in the Southern District of Illinois,

**DAKOTA R. MOSS,**

defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, being Unlawful Possession of a Stolen Motor Vehicle, in Marion County Circuit Court on January 8, 2013, in case 2012-CF-325, did knowingly possess in and affecting interstate and foreign commerce firearms and firearm ammunition, as described more fully in paragraph 17.

All in violation of Title 18, United States Code, Sections 922(g)(1).

I further state that I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and that this complaint is based on the following facts:

### Buchheit of Centralia:

1. Buchheit of Centralia is a federal firearms licensee (FFL #: 3-37-121-01-5M-02407) located at 1045 West Broadway, Centralia, Clinton County, Illinois 62081. Buchheit is a farm and home supply retail store that sells building materials, farm products, work clothing and firearms.

2. On November 29, 2014, Buchheit of Centralia was burglarized and thirty nine (39) firearms were stolen, along with at least one thousand rounds of ammunition. Agents from the ATF worked with the Centralia Police Department to identify suspects and recover evidence. The ATF has confirmed that stolen firearms and firearm ammunition described in paragraph 17 were manufactured outside of the state of Illinois and thereby travelled in interstate commerce.

3. The burglary was accomplished using a full size pickup truck, which was stolen from the Centraila, Illinois High School. The truck had stolen license plates on it, which were stolen from a different location in the Centraila, Illinois area. The suspects utilized the stolen

truck to ram the locked security gate to make entry onto Buchheit's parking lot, where they then broke out the store windows to make entry into the actual store.

4. The FFL burglary was discovered at approximately 5:30 am by store employees. The Buchheit of Centralia FFL store surveillance footage showed two suspects approaching the building, walking inside of the store, breaking the glass to the firearms cases, stealing handguns, rifles semi-automatic rifles, along with firearm ammunition.

5. The surveillance video established that the initial burglary occurred at approximately 2:40 am. However, the video evidence revealed that the two suspects left the scene and returned to steal additional firearms and ammunition on two occasions - thereby making a total of three separate entries into the FFL between 2:40 am and 4:00 am.

6. The two suspects were both white males later identified as a juvenile referred to as INDIVIDUAL #1 and DAKOTA R. MOSS. MOSS and INDIVIDUAL #1 are both currently serving periods of supervised release resulting from felony offenses and terms of imprisonment imposed by the state of Illinois. MOSS was convicted on January 8, 2013, in Marion County Circuit Court of the felony offense of unlawful possession of a stolen motor vehicle in case 2012-CF-325.

7. On November 30, 2014, Centralia police learned that DAKOTA MOSS and INDIVIDUAL #1 were responsible for burglarizing the Buchheit of Centralia. Officers questioned relatives and acquaintances who confirmed that MOSS and INDIVIDUAL #1 had admitted to the burglary. Those same witnesses advised the police that stolen firearms were hidden at MOSS' home.

8. INDIVIDUAL #1 was observed walking on a sidewalk and a Centralia officer approached him to question him about the burglary. INDIVIDUAL #1 was armed at the time

with two (2) of the guns stolen from Buchheit of Centralia. INDIVIDUAL #1 was taken into custody. INDVIDUAL #1 agreed to cooperate with law enforcement. INDIVIDUAL #1 was interviewed by Centralia police officers in the presence of a parent. INDIVIDUAL #1 confessed to his involvement in the burglary of the Buchheit of Centralia (FFL) and identified DAKOTA R. MOSS as the second burglar. INDIVIDUAL #1 consented to a subsequent recorded interview with ATF agents at which time he again confessed to his role in the crime on video.

9. Centralia police went to MOSS' home at approximately 2:00 am, obtained consent to search, and recovered thirty (30) more stolen firearms from the Buchheit of Centralia FFL burglary. MOSS was not at home at the time. Officers separately recovered the stolen truck that was used during the burglary.

10. Later on November 30, 2014, agents located and ultimately arrested DAKOTA RAY MOSS. Three (3) additional stolen FFL firearms were recovered, which brought the amount of stolen FFL firearms recovered up to thirty-five (35). MOSS was arrested and held on state charges.

11. MOSS voluntary provided ATF FHFO a videotaped confession to the burglary of the Buchheit of Centralia (FFL). MOSS admitted that he committed the burglary along with INDIVIDUAL #1. During the videotaped confession MOSS explained that he and INDIVIDUAL #1 were affirmatively searching for firearms to steal in order to make some money. MOSS stated that they chose to burglarize Buchheit instead of an area pawn shop because they believed that Buchheit would have more guns than a pawn shop.

12. MOSS admitted that they intended to sell the stolen firearms. For example, MOSS stated that he and INDIVIDUAL #1 discussed taking the stolen firearms to Ferguson, Missouri, where they were going to sell the stolen FFL firearms to protesters. MOSS further stated that

5

INDIVIDUAL #1 and he planned on participating in the looting of businesses in the Ferguson, Missouri area. MOSS said that they were going to go to war just for the hell of it, but that the plan did not materialize. They also attempted selling the guns to other acquaintances. On several occasions MOSS expressed a willingness to use the firearms.

13. MOSS explained that he and INDIVIDUAL #1 made three separate entries into the Buchheit of Centralia (FFL) store on November 29, 2014, between 2:00 am and 4:30 am. During the second and third time MOSS and INDIVIDUAL #1 made entry into the store, MOSS stated that both he and INDIVIDUAL #1 were armed with loaded handguns that they stole during the first entry into the store. Store security recordings corroborated this admission. MOSS explained that INDIVIDUAL #1 planned on killing anyone, including the police, if they showed up while MOSS and INDIVIDUAL #1 were burglarizing the store. MOSS admitted that he was prepared to shoot anyone who interfered with the second and third entries; however he denied that he wanted to kill anyone. MOSS said that he only planned on wounding anyone – including police – by shooting them in the leg.

14. On November 30, 2014, ATF FHFO also seized two (2) firearms that were unrelated to the burglary and had not been stolen from Buchheit's from two different convicted felons. Those felons, referred to as INDIVIDUAL #2 and #3, stated that they were aware that MOSS and INDIVIDUAL #1 had burglarized the Buchheit of Centralia (FFL) store.

15. INDIVIDUAL #2 provided ATF FHFO a videotaped confession to receiving two (2) of the stolen FFL firearms, which he obtained from INDIVIDUAL #1. INDIVIDUAL #2 advised that he sold the two (2) stolen FFL firearms to INDIVIDUAL #4.

16. On November 30, 2014, INDIVIDUAL #5 and INDIVIDUAL #6 provided ATF FHFO videotaped statements to their knowledge of MOSS and INDIVIDUAL #1 being

involved in the burglary of the Buchheit of Centralia (FFL) store on 11-29-2014, which resulted in the theft of multiple hand guns and assault type rifles. Both INDIVIDUAL #5 and INDIVIDUAL #6 admitted to trying to sell the stolen FFL firearms.

17. On November 30, 2014, ATF FHFO finished a complete inventory of the Buchheit of Centralia (FFL), which revealed that thirty-nine (39) firearms were stolen on November 29, 2014. Those firearms include:

| No. | Type | Manufacturer | Model | Caliber / Gauge | Serial Number |
|---|---|---|---|---|---|
| 1 | Rifle | DPMS Panther | RFA-OC | .223 | FH236792 |
| 2 | Rifle | Mossberg | 715T | .22 | EMG3848123 |
| 3 | Rifle | Colt | M40PS | .22 | WJ011679 |
| 4 | Rifle | Bushmaster | C15 | .223 | CBC055656 |
| 5 | Rifle | S&W | M&P 15-22 | .22 | HBT3042 |
| 6 | Rifle | DPMS | A15 | .223 | DNWC026390 |
| 7 | Pistol | Walther | P22 | .22 | WA041368 |
| 8 | Pistol | Charter Arms | 53820 | .38 | 14-15432 |
| 9 | Pistol | Taurus | 738TCP | .380 | 21107E |
| 10 | Pistol | Ruger | SR9 | 9mm | 336-07606 |
| 11 | Pistol | Ruger | LC380 | .380 | 326-14516 |
| 12 | Pistol | Ruger | LC380-LM | .380 | 326-12421 |
| 13 | Pistol | Taurus | PT709 | 9mm | TGY23824 |
| 14 | Pistol | Taurus | 2-441031T | .45 | GM727933 |
| 15 | Pistol | Ruger | LC9 | 9mm | 325-88108 |
| 16 | Pistol | Ruger | 3206 | 9mm | 325-34222 |
| 17 | Pistol | Ruger | SR22 | .22 | 364-40846 |
| 18 | Pistol | S&W | Governor | 45 | CWY5030 |
| 19 | Pistol | Hi Point | C9 | 9mm | P1842226 |
| 20 | Pistol | Cobra | FS380BB | .380 | FS097239 |
| 21 | Pistol | Hi Point | JHP | 45ACP | X4270614 |
| 22 | Pistol | Hi Point | JCP | 40S&W | X7222785 |
| 23 | Pistol | Sig Sauer | P938 | 9mm | 52B041592 |
| 24 | Pistol | Springfield Arms | XDS-9 | 9mm | XS927322 |
| 25 | Pistol | Taurus | PT111 | 9mm | THN91867 |
| 26 | Pistol | Ruger | 03713 | .380 | 371129807 |
| 27 | Pistol | Glock | G19 | 9mm | WSW971 |
| 28 | Pistol | Springfield Arms | XD9 | 9mm | XD922208 |
| 29 | Pistol | Taurus | PT24/762 | 9mm | TGS93361 |

7

| 30 | Pistol | FNH | FNS-40 | .40 | GKU0100838 |
| 31 | Pistol | Ruger | LC9-CT | 9mm | 325-04263 |
| 32 | Pistol | SCCY | CPX2CB | 9mm | 117416 |
| 33 | Rifle | PAP-Zastava | PAPM92PV | 7.62 X 39 | M92PV020315 |
| 34 | Rifle | Savage Arms | 19666 | .22/.410 | J383204 |
| 35 | Rifle | MMC Armory | 15556M02Gl | 5.56 | A00263 |
| 36 | Shotgun | Mossberg | 590 | 12 | U851718 |
| 37 | Pistol | SCCY | CPX2TT | 9mm | 106586 |
| 38 | Pistol | Walther | PPQ | 9mm | FAW5619 |
| 39 | Pistol | Beretta | 92FS | 9mm | M9-163877 |

FURTHER AFFIANT SAYETH NAUGHT.

Special Agent Adam Ulery
Bureau of Alcohol, Tobacco, Firearms & Explosives

State of Illinois       )
                        )   SS.
County of St. St. Clair )

Sworn to before me and subscribed in my presence on the 3rd day of December, 2014, at East St. Louis, Illinois.

HONORABLE STEPHEN WILLIAMS
United States Magistrate Judge

UNITED STATES OF AMERICA,

STEPHEN R. WIGGINTON
United States Attorney

STEVEN D. WEINHOEFT
Assistant United States Attorney

8